JS-6

UNITED STATES DISTRICT COURT,
CENTRAL DISTRICT OF CALIFORNIA,
WESTERN DIVISION

| | |
|---|---|
| CONNIE FUNG,<br><br>    Plaintiff,<br>vs.<br><br>NELSON & KENNARD, ET. AL<br><br>    Defendant. | Case No.: **2:13-cv-02185-RSWL-AJW**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  11/5/2013

RONALD S.W. LEW
―――――――――――――――
HON. RONALD S.W. LEW
Senior, U.S. District Judge